ERIC GRANT
United States Attorney
CAILY NELSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-00065 DAD |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALBARO GONZALEZ MORENO, | DATE: March 30, 2026 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On November 17, 2025, the defendant pled guilty to a violation of 21 U.S.C. § 846, 841(a)(1), Conspiracy to Distribute and Possess with Intent to distribute 500 grams of more of a Mixture or Substance Containing a detectable amount of Methamphetamine, Count 2 of the Superseding Indictment Defendant.  This matter was set for judgment and sentencing on March 30, 2026.

2.      The defense is continuing to investigate this matter to prepare for the sentencing hearing.

3.      The parties hereby stipulate that the Court vacate the judgement and sentencing hearing presently set for March 30, 2026, and re-set judgment and sentencing for May 11, 2026.

IT IS SO STIPULATED.

Dated:  March 9, 2026

ERIC GRANT
United States Attorney

/s/ CAILY NELSON
CAILY NELSON
Assistant United States Attorney

Dated:  March 9, 2026

/s/ JEFFRY E. ELLIOT
JEFFRY E. ELLIOT
Counsel for Defendant
Albaro Gonzalez Moreno

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for March 30, 2026, is continued to May 11, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **March 10, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE