ERIC GRANT
United States Attorney
CAILY NELSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-00065 DAD |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | DATE: June 1, 2026 |
| ALBARO GONZALEZ MORENO, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On November 17, 2025, the defendant pled guilty to a violation of 21 U.S.C. § 846, 841(a)(1), Conspiracy to Distribute and Possess with Intent to distribute 500 grams of more of a Mixture or Substance Containing a detectable amount of Methamphetamine, Count 2 of the Superseding Indictment Defendant.

2. This matter is currently set for judgment and sentencing on June 1, 2026. The defense is continuing to investigate this matter to prepare for the sentencing hearing.

3. The parties hereby stipulate that the Court vacate the judgement and sentencing hearing presently set for June 1, 2026, and re-set judgment and sentencing for August 10, 2026.

/ / /

STIPULATION AND PROPOSED
ORDER TO CONTINUE SENTENCING

1

IT IS SO STIPULATED.

Dated:  May 29, 2026                             ERIC GRANT
                                                 United States Attorney


                                                 /s/ CAILY NELSON
                                                 CAILY NELSON
                                                 Assistant United States Attorney


Dated:  May 29, 2026                             /s/ JEFFRY E. ELLIOT
                                                 JEFFRY E. ELLIOT
                                                 Counsel for Defendant
                                                 Albaro Gonzalez Moreno


## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the judgement and sentencing hearing presently set for June 1, 2026, is continued to August 10, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated:    **May 29, 2026**            _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED
ORDER TO CONTINUE SENTENCING